Name: Duchun Goodwin
Street Address: 2801 E. Huntington Blvd
City and County: Fresno, and Fresno County
State and Zip Code: CA 93721
Telephone Number: (559) 371-8787

**FILED**
FEB 15 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Duchun Lafre Goodwin

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State Farm General Insurance Company

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:23-CV-00232-SAB
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Quchun Lafre Goochum
Street Address: 2881 E. Huntington Blvd
City and County: Fresno, Fresno County
State and Zip Code: CA, 93721
Telephone Number: (559) 371-8787

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Amanda Alioto
Job or Title (if known): Claims section manager
Street Address: P.O. Box 2320
City and County: Bloomington IL
State and Zip Code: 61702
Telephone Number: 480-293-6051

Defendant No. 2
Name: Maria Sucilla
Job or Title (if known): State farm agent
Street Address: 2026 Shaw Ave Ste 102
City and County: Clovis - Fresno County
State and Zip Code: CA 93611
Telephone Number: (559) 900-7455

2

Defendant No. 3

Name: Jeannie Erickson
Job or Title (if known): Claims Specialist
Street Address: P.O. Box 106-169
City and County: Atlanta, GA
State and Zip Code: GA 30348-30348
Telephone Number: (770) 379-6289

Defendant No. 4

Name: Leah Carrol
Job or Title (if known): Claims Manager
Street Address: P.O. Box 106-169
City and County: Atlanta, GA
State and Zip Code: GA 30348
Telephone Number: (480) 842-3746

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sections 102 and 103 of the Civil Rights Act of 1991

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) Duchun Laffe Goodwin, is a citizen of the State of (name) CA.

    b. If the plaintiff is a corporation
    The plaintiff, (name) NFT Capitol Currency, is incorporated under the laws of the State of (name) CA, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

4

b. If the defendant is a corporation

The defendant, (name) __State Farm general insurance Company__, is incorporated under the laws of the State of (name) __CA__, and has its principal place of business in the State of (name) __CA__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Unfair discrimination intentionally. Denying me of the Rights to get statments in writing from the phone coversations I had in the month of may 2022

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. unessary

Total loss debt that should have not been stress of pain of suffering a breach of contract consumer safety neglect

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-15-, 2023

Signature of Plaintiff   Duchm Infre Goodwin
Printed Name of Plaintiff   Duchun Goodwin