UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | No.  1:23-cv-00232-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DENYING MOTION FOR LIBRARY ACCESS, SUBPOENA AND CONSOLIDATION<br><br>(ECF No. 8) |

Duchun Lafre Goodwin ("Plaintiff"), proceeding pro se and *in forma pauperis*, filed this action on February 15, 2023. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2023, the Court screened Plaintiff's complaint and found it did not state a cognizable claim. (ECF No. 4.) The Court ordered Plaintiff to file an amended complaint within thirty days. (*Id*.) The Court's order was returned as undeliverable on April 19, 2023, and the order was re-mailed on the same date. On May 24, 2023, a first amended complaint was filed, and on May 30, 2023, a motion to consolidate, for law library access, and for a subpoena was filed by Plaintiff. (ECF Nos. 5, 6.)

On June 28, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's complaint be dismissed, that Plaintiff's motion for consolidation, law library access, and subpoena be denied, and that this action be closed. (ECF No. 8.) As

1

noted therein, the first amended complaint only included the caption page, and therefore the findings principally relied on the factual allegations contained in the initially filed complaint. (*Id.* at 10 n.2.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 10.) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Findings and Recommendations issued on June 28, 2023, (ECF No. 8), are ADOPTED in FULL;
2. Plaintiff's motion to consolidate, for subpoena, and for law library access, (ECF No. 6), is DENIED;
3. The complaint, (ECF No. 1), and first amended complaint, (ECF No. 5), are DISMISSED without leave to amend; and
4. The Clerk of the Court be directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   September 6, 2023

UNITED STATES DISTRICT JUDGE