# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DUCHUN LAFRE GOODWIN,**

CASE NO: **1:23–CV–00232–ADA–SAB**

v.

**STATE FARM GENERAL INSURANCE COMPANY, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/06/2023**

**Keith Holland**
Clerk of Court

ENTERED: **September 6, 2023**

by: /s/ C. Maldonado
Deputy Clerk